

FILED
Jun 12 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ erikaf DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '18 CR2870 BTM |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | |
| PETRA REYES-LUIS, | Title 18, U.S.C., Section 1544 – Misuse of Passport (Felony) |
| Defendant. | |

The United States Attorney charges:

On or about May 15, 2018, within the Southern District of California, defendant, PETRA REYES-LUIS, willfully and knowingly used and attempted to use, a United States Passport Card, which had been issued and designed for the use of another person, in that, defendant presented said Passport Card to a Department of Homeland Security, Customs and Border Protection Officer, at the Calexico, California West Port of Entry, with the intent to gain entry to the United States, in violation of Title 18, United States Code, Section 1544, a felony.

DATED: 6/12/18

ADAM L. BRAVERMAN
United States Attorney

FOR ALICIA P. WILLIAMS
Assistant U.S. Attorney

APW:tld:5/23/2018